**Order entered February 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00158-CV

## IN RE ANTHONY J. GREER JR., Relator

**Original Proceeding from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. M17-40587-L**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's February 5, 2020 application for writ of habeas corpus.

/s/    AMANDA L. REICHEK
        JUSTICE